IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:96-CR-26-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HERBERT THOMPSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motion to Expunge. Finding no legal basis for said motion, the Motion to Expunge [DE #81] is DENIED.

This  11th  day of October 2013.

/s/ Malcolm J. Howard
MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#26